Joyce S. **KIMBLE,** Plaintiff–Appellant,

v.

**MONTGOMERY COUNTY BOARD OF EDUCATION;** Montgomery County Public Schools; Montgomery County Government; Jerry Weast, Doctor, Superintendent Montgomery County Public Schools; Paul Vance, Doctor,

Superintendent, District of Columbia Public Schools; Katherine Gutterman; Ann Kamenstein; Gary Levine; Elizabeth Arons, Doctor; Ray White; Fred S. Evans, Defendants–Appellees.

No. 01–1396.

United States Court of Appeals, Fourth Circuit.

Submitted May 17, 2001.

Decided May 23, 2001.

Joyce S. Kimble, pro se. Linda B. Thall, Senior Assistant County Attorney, Patricia Prestigiacomo Via, Assistant County Attorney, Joanne Robertson, County Attorney'S Office, Rockville, MD, for appellees.

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

PER CURIAM.

Joyce S. Kimble appeals the district court's order denying relief on her 42 U.S.C.A. § 1983 (West Supp.2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Kimble v. Montgomery County Bd. of Educ.*, No. CA–00–234–PJM (D.Md. Mar. 14, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*